# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

JEKYLL ISLAND-STATE PARK AUTHORITY,

    Plaintiff-Appellant,

    v.

POLYGROUP MACAU LIMITED,

    Defendant-Appellee.

)
)
)
)
)
)
)
)
)
)

Case No. 23-11415

## PLAINTIFF-APPELLANTS' MOTION TO WITHDRAW KEVIN D. BRADBERRY AS COUNSEL

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Appellant Jekyll Island-State Park Authority submits this list, pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), of trial judges, attorneys, persons, association of persons, firms, partnerships, and/or corporations known to have an interest in the outcome of this appeal:

Kevin Daniel Bradberry, counsel for Appellant

Christopher Michael Carr, counsel for Appellant

Virginia Carron, counsel for Appellee

Jekyll Island State Park Authority, Appellant

Frances Mulderig, counsel for Appellant

Alkesh Patel, counsel for Appellant

Polygroup Asia Pacific Limited, parent corporation for Appellee

Polygroup Macau Limited BVI, Appellee

Polygroup Limited Macau (Commercial Offshore), subsidiary for Appellee

Polygroup Services NA, related to Appellee

Polygroup Trading Limited, related to Appellee

Polytree (H.K.) Co. Ltd, related to Appellee

Katrina M. Quicker, counsel for Appellant

Robert Brian Tanner, counsel for Appellee

Kathryn A. Vance, counsel for Appellant

Trenton Ward, counsel for Appellee

Logan Winkles, counsel for Appellant

The Honorable Lisa Godbey Wood, District Court Judge

Robert Gordon Wright, counsel for Appellee

**<u>MOTION TO WITHDRAW KEVIN D. BRADBERRY AS COUNSEL</u>**

Plaintiff-Appellant Jekyll Island State Park Authority ("Appellant") respectfully requests that this Court withdraw Kevin D. Bradberry as counsel for Appellant in this matter. Appellant will continue to be represented by its appellate counsel, Katrina M. Quicker, Esq. and Frances C. Mulderig, Esq. The parties have conferred and Defendant-Appellee Polygroup Macau Limited does not oppose this Motion.

Respectfully submitted this 2nd day of June 2023.

*/s/ Kevin D. Bradberry*
Kevin D. Bradberry
Georgia Bar No. 532880
BAKER & HOSTETLER LLP
1170 Peachtree Street NW, Suite 2400
Atlanta, Georgia 30309
Phone: 404-459-0050
Facsimile: 404-459-5734
kbradberry@bakerlaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion to Withdraw Kevin D. Bradberry as Counsel complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 56 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This 2nd day of June 2023.

*/s/ Kevin D. Bradberry*
Kevin D. Bradberry

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I caused a copy of the foregoing **MOTION TO WITHDRAW KEVIN D. BRADBERRY AS COUNSEL** to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

This 2nd day of June 2023.

*/s/ Kevin D. Bradberry*
Kevin D. Bradberry