No. 23-11415

# United States Court of Appeals
*for the*
# Eleventh Circuit

———◆———

JEKYLL ISLAND-STATE PARK AUTHORITY,

*Plaintiff-Appellant,*

– v. –

POLYGROUP MACAU LIMITED,

*Defendant-Appellee.*

———

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA IN CASE NO. 2:21-CV-00008-LGW-BWC
(HONORABLE LISA GODBEY WOOD)

**APPELLANT'S APPENDIX (SEALED)
Volume 4 of 5 (Pages 515 to 662)**

KATRINA M. QUICKER
QUICKER LAW, LLC
900 Circle 75 Parkway, Suite 100
Atlanta, Georgia 30339
(678) 750-0450

FRANCES MULDERIG
GEORGIA DEPARTMENT OF LAW
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3592

*Attorneys for Plaintiff-Appellant*

CP COUNSEL PRESS   (800) 4-APPEAL • (809612)

# TABLE OF CONTENTS

**VOLUME ONE**

**TAB DS** – District Court Docket Sheet .................................................................. 1

**TAB 1** – Complaint[1]
  Filed January 22, 2021................................................................................ 7

**TAB 6** – Amended Complaint
  Filed April 21,2021 ................................................................................... 28

  **TAB 6-1** – Exhibit A – Summer Waves Certification of Registration
  1,593,514 ................................................................................................... 47

  **TAB 6-2** – Exhibit B – Summer Waves Certification of Registration
  5,050,873 ................................................................................................... 49

  **TAB 6-3** – Exhibit C - Summer Waves Elite Certification of Registration
  4,862,985 ................................................................................................... 51

  **TAB 6-4** – Exhibit D – Summer Waves Certification of Registration
  4,862,983 ................................................................................................... 53

  **TAB 6-5** – Exhibit E – Summer Waves 3D Trademark File History ........... 55

  **TAB 6-6** – Exhibit F – Summer Waves Elite Trademark File History ...... 125

**VOLUME TWO**

  **TAB 6-7** – Exhibit G – Summer Waves Trademark File History .............. 155

  **TAB 6-8** – Exhibit H – Summer Escapes Family Pools ........................... 184

**TAB 8** – Waiver of Service Returned Executed
  Filed April 26, 2021................................................................................ 197

---

[1] The exhibits to the original complaint are intentionally being omitted because they are reproduced at the amended complaint

**TAB 10** – Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
   Filed July 20, 2021 .................................................................................. 198

   **TAB 10-1** – Affidavit of Eric Steinmeyer ................................................. 221

**TAB 17** – Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and to Partially Dismiss for Failure to State a Claim or, in the alternative, Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Dismiss and Plaintiff's Motion for Limited Discovery
   Filed August 17, 2021 ................................................................................ 224

**TAB 21** – Declaration of Katrina Quicker Excerpt
   Filed August 20, 2021 ................................................................................ 247

**TAB 22** – Declaration of Melissa Cruthirds Excerpt
   Filed August 20, 2021 ................................................................................ 254

**TAB 23** – Declaration of Raquel Gayle Excerpt
   Filed August 20, 2021 ................................................................................ 268

**TAB 25** – Defendant's Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
   Filed August 31, 2021 ................................................................................ 274

   **TAB 25-1** - Declaration of Eric Szweda .................................................. 299

**VOLUME THREE**

**TAB 35** – Defendant's Supplemental Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
   Filed January 20, 2022 ............................................................................... 310

**TAB 36** – Plaintiff's Notice of Supplemental Authority to Support a Finding of Personal Jurisdiction
   Filed January 20, 2022 ............................................................................... 319

**TAB 37** – Order Denying Polygroup's Motion to Dismiss and Granting Plaintiff's Request for Limited Jurisdictional Discovery
       Filed March 7, 2022.................................................................................. 329

**TAB 47** – Defendant's Renewed Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
       Filed June 3, 2022.................................................................................... 333

       **TAB 47-1** – Deposition Transcript of Eric Szweda................................... 359

**TAB 52** – Defendant's Reply in Support of its Renewed Motion to Dismiss for Lack of Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
       Filed July 1, 2022 .................................................................................... 398

**TAB 57** – Defendant's Opposition to Plaintiff's Motion to Strike or Disregard Eric Szweda's Errata Sheet or, in the alternative, to Strike or Disregard Portions Thereof
       Filed August 2, 2022................................................................................ 424

       **TAB 57-1** – Declaration of Eric Szweda..................................................... 441

**TAB 59** – Plaintiff's Reply in Support of its Motion to Strike or Disregard Eric Szweda's Errata Sheet or, in the alternative, to Strike or Disregard Portions Thereof
       Filed August 16, 2022.............................................................................. 443

**TAB 65** – Plaintiff's Sur-Reply to Defendant's Reply in Support of its Renewed Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Partially Dismiss for Failure to State a Claim
       Filed September 9, 2022.......................................................................... 452

**TAB 68** – Order Granting Defendant's Motion to Dismiss for Lack of Jurisdiction and Denying Plaintiff's Request for Sanctions
       Filed March 24, 2023............................................................................... 463

**TAB CS** – Certificate of Service

**VOLUME FOUR (SEALED)**

**TAB 51** – Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Partially Dismiss for Failure to State a Claim
Filed June 24, 2022 .................................................................................. 515

**TAB 51-1** – Declaration of Kathryn A. Vance ........................................... 539

**TAB 51-3** – Exhibit 3 – Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant for the Limited Purpose of Jurisdictional Discovery (NO. 2:21-cv-8) ................................. 634

**VOLUME FIVE (SEALED)**

**TAB 51-4** – Exhibit 4 – Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production for the Limited Purpose of Jurisdictional Discovery (NO. 2:21-cv-8) Excerpt ................................ 663

**TAB 51-6** – Exhibit 6 – Complaint (No. 2:12-cv-436) Excerpt ................ 669

**TAB 51-7** – Exhibit 7 – Complaint (No. 2:12-cv-606) Excerpt ................ 672

**TAB 51-8** – Exhibit 8 – Complaint (No. 3:13-cv-559) Excerpt ................ 675

**TAB 51-9** – Exhibit 9 – Complaint (No. 3:13-cv-559) Excerpt ................ 678

**TAB 51-10** – Exhibit 10 – Complaint (No. 3:15-cv-552) Excerpt ............ 681

**TAB 51-11** – Exhibit 11 – Amended Complaint (No. 15-cv-3443) Excerpt ................................................................................................. 684

**TAB 51-12** – Exhibit 12 – Defendant's Answer and Defenses to Amended Complaint (No. 15-cv-3443) Excerpt ....................................... 687

**TAB 51-13** – Exhibit 13 – First Amended Complaint (No. 3:15-cv-552) Excerpt ................................................................................................. 690

**TAB 51-14** – Exhibit 14 – Second Amended Complaint (No. 3:15-cv-552) Excerpt ...................................................................................... 693

**TAB 51-15 –** Exhibit 15 – Disclosure of Corporate Affiliations (No. 3:15-cv-552) Excerpt .................................................................................. 696

**TAB 51-18 –** Exhibit 18 – 30b6 Deposition Excerpts of Eric Szweda Excerpt ................................................................................................... 699

**TAB 51-20 –** Exhibit 20 – Trademark Purchase and Use Agreement ........ 761

**TAB 51-21 –** Exhibit 21 – Patent Assignment ........................................... 768

**TAB 51-22 –** Exhibit 22 – License Agreement between PML and Santas Best ......................................................................................................... 777

**TAB 51-23 –** Exhibit 23 - License Agreement between PML and Willis .. 780

**TAB 51-24 –** Exhibit 24 – License Agreement between PML and UPC International Co. Ltd. .............................................................................. 783

**TAB 51-25 –** Exhibit 25 - License Agreement between PML and Home Depot ....................................................................................................... 797

**TAB 51-47 –** Exhibit 47 – Corporate Organizational Chart ....................... 800

**TAB CS –** Certificate of Service

# FILED UNDER SEAL