# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11415

_____

JEKYLL ISLAND-STATE PARK AUTHORITY,

                        Plaintiff-Appellant,

*versus*

POLYGROUP MACAU LIMITED,

                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:21-cv-00008-LGW-BWC

_____

ORDER:

Attorney Zachary Mullinax has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Zachary Mullinax is GRANTED leave to appear in this appeal.

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION